IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| WILLIAM McCLOUD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:09-cv-00357-RBP-JEO |
| Lt. GARY MALONE, *et al.*, | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 4, 2010, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

No objections having been filed, and the court having considered the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be and is ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 1st day of November, 2010.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE